No. 71–1021. Employees of the Department of Public Health and Welfare of Missouri et al. *v.* Department of Public Health and Welfare of Missouri et al. C. A. 8th Cir. Certiorari granted.

No. 71–640. San Diego Unified School District *v.* California. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 71–803. Mason *v.* California. Sup. Ct. Cal. Certiorari denied.

No. 71–901. Groob *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 71–912. Wilson *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 71–921. Fischetti et al. *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 71–935. Chason *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 71–937. Holmes *v.* United States; and

No. 71–5961. Matthews *v.* United States. C. A. 7th Cir. Certiorari denied. Reported below: 452 F. 2d 249.

No. 71–952. Kovtun et al. *v.* Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied.